THE STATE OF FLORIDA, *ex rel.* HARRY CRUSE, VS. CHARLES H. EDWARDS, CLERK OF THE CIRCUIT COURT OF LEON COUNTY.

A witness summoned to testify in behalf of the State before the grand jury, or before the Circuit Court, receives his compensation from the State, and not from the county.

This is an appeal from a judgment of the Circuit Court of Leon county.

The relator was a witness in behalf of the State before the grand jury, and at the trial of a cause in the Circuit Court. He claimed that the fee for his attendance was payable by the county, and filed his petition in the Circuit Court for a mandamus to be addressed to the county clerk, commanding him to draw a warrant in relator's favor for the sum due. After notice, a hearing of the matter of the petition was heard and the mandamus was denied. From this order this appeal is prosecuted.

*J. B. C. Drew* for Appellant.

*Bolling Baker* for Appellee.

WESTCOTT, J., delivered the opinion of the court.

The question involved in this case is whether a witness, in behalf of the State before the grand jury, as well as before the Circuit Court, is to be paid by the county. There is nothing in the constitution which regulates or controls the subject. The service performed enures as well to the benefit of the county as the State, and whether compensation is to be made by the county or the State is in the discretion of the legislative department of the government. The second and third sections of chapter 867 of the laws of Florida directs their payment by the State. It is therefore not a charge against the county.

The order of the Circuit Court is to this effect, and it is therefore affirmed with costs.